UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO SHIVTAHAL,<br><br>Plaintiff,<br><br>-against-<br><br>ADMIN RECOVERY, LLC,<br><br>Defendant. | CASE NO.<br><br>**COMPLAINT** |

NOW COMES Plaintiff, Ricardo Shivtahal ("Plaintiff"), by and through his attorneys, and for his Complaint against Defendant, Admin Recovery, LLC ("Defendant"), alleges as follows:

## Nature of the Action

1. This action is brought by Plaintiff pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

## Parties

2. Plaintiff is a natural person residing in Queens County, in the City of Jamaica, in the State of New York, and is otherwise *sui juris*.

3. Plaintiff is allegedly obligated to pay a debt and is a consumer as defined by 15 U.S.C. § 1692(a)(3).

4. Defendant is a Limited Liability Company conducting business in the State of New York and has its principal place of business in Williamsville, NY.

5. Defendant is a debt collector as defined by 15 U.S.C. § 1692(a)(6) and sought to collect a consumer debt from Plaintiff.

6. At all times relevant to this Complaint, Defendant has acted through its agents, employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## Jurisdiction and Venue

7. Defendant is headquartered and conducts business in the State of New York. Therefore, personal jurisdiction is established.

8. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692(k)(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

9. Venue is proper in the United States District Court for the Eastern District of New York pursuant to 28 U.S.C § 1391(b)(2) because Plaintiff resides within this District and a substantial part of the events or omissions giving rise to the herein claims occurred in this District.

## Factual Allegations

10. On or around November 27, 2019, Defendant placed a call to Plaintiff's cell phone, telephone number (959) XXX-1440, in connection with its efforts to collect an alleged debt from Plaintiff.

11. The alleged debt arises from transactions that were for personal, family, and household purposes.

12. Defendant recorded a message on Plaintiff's voicemail on November 27, 2019.

13. The message that Defendant recorded on Plaintiff's voicemail instructed Plaintiff to call telephone number (866) 703-7961.

14. Telephone number (866) 703-7961 is assigned to Defendant.

15. Defendant did not state that it was "Admin Recovery, LLC" in the message it recorded on Plaintiff's voicemail.

16. Defendant failed to disclose its identity in the message it recorded on Plaintiff's voicemail.

17. Defendant intentionally concealed its identity to harass and trick Plaintiff.

CLAIM FOR RELIEF
Violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.*

18. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-17.

19. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. Defendant violated § 1692(d) of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff; and

   b. Defendant violated § 1692(d)(6) of the FDCPA by placing a telephone call without disclosing its identity.

PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant as follows:

21. Statutory damages of $1000.00 pursuant to 15 U.S.C. § 1692(k);

22. Reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1692(k); and

23. Awarding such other and further relief as may be just, proper and equitable.

JURY TRIAL DEMAND

24. Plaintiff demands a jury trial on all issues so triable

Respectfully submitted,

Dated:  July 28, 2020                    /s/ Adam T. Hill
                                     Adam T. Hill
                                     **The Law Offices of Jeffrey Lohman, P.C.**
                                     28544 Old Town Front St., Suite 201
                                     Temecula, CA 92590
                                     P: (657) 236-3525
                                     E: AdamH@jlohman.com

                                     Attorneys for Plaintiff,
                                     RICARDO SHIVTAHAL